UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY TOMS )<br>4312 Olley Lane )<br>Fairfax, Virginia 22032-1839 ) | Civil Action No.: 08-0338 (RBW) |
| )<br>          Plaintiff )<br>   v. )<br>) | |
| Office of the Architect of the Capitol )<br>United States Capitol Building )<br>Washington, D.C. )<br>) | |
| Serve: )<br>) | |
|    STEPHEN AYERS )<br>   Acting Architect of the Capitol )<br>   Office of the Architect of the Capitol )<br>   Washington, D.C. )<br>      (in his official capacity) )<br>) | |
|    and )<br>) | |
| ALAN HANTMAN )<br>Address Unknown )<br>Washington, D.C. )<br>   (in his personal capacity) )<br>) | |
|    and )<br>) | |
| RICHARD MCSEVENEY )<br>Address Unknown, Virginia )<br>   (in his personal capacity) )<br>) | |
|    and )<br>) | |
| ARTHUR MCINTYE )<br>Inspector General )<br>Office of the Architect of the Capitol )<br>Washington, D.C. )<br>   (in his personal capacity) ) | |

|   |   |
|---|---|
| and | ) |
|   | ) |
| EDGARD MARTINEZ | ) |
| Office of General Counsel | ) |
| Office of the Architect of the Capitol | ) |
|    (in his personal capacity) | ) |
|   | ) |
| and | ) |
|   | ) |
| GERAND WALKER | ) |
| Address Unknown, Maryland | ) |
|    (in his personal capacity) | ) |
|   | ) |
| and | ) |
|   | ) |
| REBECCA TISCIONE | ) |
| Director of Human Resources Management Div. | ) |
| Office of Architect of the Capitol | ) |
|    (in her personal capacity) | ) |
|   | ) |
|           Defendants. | ) |
|   | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for the federal Defendants in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2008, I caused the foregoing Praecipe to be served on Counsel for Plaintiff, **Jeffrey H. Leib**, via the court's Electronic Case Filing System (ECF):

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309