UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY TOMS <br> 4312 Olley Lane <br> Fairfax, Virginia 22032-1839 <br><br>     Plaintiff <br>  v. <br><br> Office of the Architect of the Capitol <br> United States Capitol Building <br> Washington, D.C. <br><br><br>  and <br><br> ALAN HANTMAN <br> Address Unknown <br> Washington, D.C. <br>  (in his personal capacity) <br><br><br>  and <br><br> RICHARD MCSEVENEY <br> Address Unknown, Virginia <br>  (in his personal capacity) <br><br>  and <br><br> ARTHUR MCINTYE <br> Inspector General <br> Office of the Architect of the Capitol <br> Washington, D.C. <br>  (in his personal capacity) <br><br>  and <br><br> EDGARD MARTINEZ <br> Office of General Counsel <br> Office of the Architect of the Capitol <br>  (in his personal capacity) | Civil Action No.: 08-0338 (RBW) |

|  |  |
|---|---|
| and | ) |
|  | ) |
|  | ) |
| GERAND WALKER | ) |
| Address Unknown, Maryland | ) |
|     (in his personal capacity) | ) |
|  | ) |
| and | ) |
|  | ) |
| REBECCA TISCIONE | ) |
| Director of Human Resources Management Div. | ) |
| Office of Architect of the Capitol | ) |
|     (in her personal capacity) | ) |
|  | ) |
|             Defendants. | ) |
|  | ) |

## AMENDED NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for the Office of the Architect of the Capitol in the above-captioned case. This is the only defendant that the undersigned counsel is representing at this time.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2008, I caused the foregoing Amended Notice of Appearance to be served on Counsel for Plaintiff, **Jeffrey H. Leib**, via the court's Electronic Case Filing System (ECF):

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309