AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TIMOTHY P. TOMS.

V.

Office of The Architect
of The Capitol, et al.

SUMMONS IN A CIVIL CASE

CASE

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Edgard MARTINEZ
Office of the General Counsel
Office of The Architect of the Capitol
FORD House Office Bldg.
2+ D Sts SW, Wash DC

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34 St NW
Wash. DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB 27 2008
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/10/08 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2nd + P Streets S.W. Washington, D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
            Date

*Signature of Server:* Lloyd Thompson

*Address of Server:* 1220 L St. N.W. Suite 100-204, Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TIMOTHY P. TOMS.

V.

Office of The Architect of The Capitol.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ARTHUR MCINTYE
INSPECTOR GENERAL
of the Office of the Architect.
United States Capitol
Washington DC

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB 27 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/10/08 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Edward Martinez Said he was authorized to accept for Arthur McIntye_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08         _Lloyd Thompson_
              Date              Signature of Server

Address of Server: 1220 L St. N.W. Suite 100-204 Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Timothy P. Toms

v.

Office of the Architect of the Capitol, et al.

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Rebecca Tiscione
address unknown
Maryland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th Street NW
Wash. DC 20008

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

FEB 27 2008

DATE

(By) DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/10/08 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode [business] with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Edgard Martinez said he was authorized to accept for Rebeca Fiesiono

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
             Date

Signature of Server: Lloyd Thompson

Address of Server: 1220 L St. N.W. Suite 100-204 Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Timothy P. Toms

v.

Office of the Architect of the Capitol, et al.,

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Office of the Architect of the Capitol.
Serve: Stephen Ayer's.
Acting Architect of the Capitol
Office of the AOC, Capitol Bldg, WASH DC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St. NW
Wash DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB 27 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/10/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Edgard Martinez said he was authorized to accept for Stephen Ayers_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08           _Lloyd Thompson_
             Date              Signature of Server

Address of Server: 1220 L St. N.W. Suite 100-204
Washington, D.C. 20005

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TIMOTHY P. TOMS

V.

Office of the Architect of the Capitol, et al.

**SUMMONS IN A CIVIL CASE**

CASE N[umber]

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Richard McSeveney
Address Unknown
Virginia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5704 34th St NW
Washington DC

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     FEB 27 2008
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/21/08 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 3218 Ravensworth Pl, Alex, Va

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/19/08
             Date

Signature of Server: *Lloyd Thompson*

Address of Server: 1220 L St N.W. Suite 100-204, Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Timothy P. Toms

v.

Office of the Architect of the Capitol, et al.

SUMMONS IN A CIVIL CASE

CASE

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB 27 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/10/08 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *business* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Donald Monroe

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08         *Lloyd Thompson*
              Date            Signature of Server

Address of Server: 1220 L St. N.W. Suite 100-204
Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Timothy P. Toms

v.

Office of the Architect of the Capitol, et al.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

U.S. Attorney
555 4th St. NW
Washington DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
5104 34th St NW
Washington DC 20008

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB 27 2008
CLERK                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/10/08 |
| NAME OF SERVER (PRINT) LLOYD THOMPSON | TITLE PROCESS SERVER |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: 501 3rd St. N.W. Wash, D.C.
    ~~place of abode~~ business

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Gary Nails

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08        _Lloyd Thompson_
              Date             Signature of Server

Address of Server: 1220 L St. N.W. Suite 100-204
Washington, D.C. 20005

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TIMOTHY P. TOMS.

V.

Office of The Architect of The Capitol.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00338
Assigned To : Walton, Reggie B.
Assign. Date : 2/27/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Gerand Walker
address unknown.
Maryland.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey H. Leib
504 8th St. NW
Wash . DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB 27 2008
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/10/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 499 South Capitol St. S.W. 7th floor Washington, D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08         *Lloyd Thompson*
              Date             Signature of Server

Address of Server: 1220 L St. N.W. Suite 100-204
Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.