UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE ARCHITECT OF THE )<br>CAPITOL, et al., )<br>)<br>Defendants. )<br>) | Civ. A. No. 08-0338 (RBW) |

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the Defendants hereby move for an extension of time until September 2, 2008 to respond to the Plaintiff's complaint in this action.[1] Plaintiff consents to this extension. As the Defendants demonstrate below, good cause exists for this modest extension.

1. In the complaint, Plaintiff alleges that his employment with the Office of the Architect of the Capitol was unfairly terminated. He contends that the Office as well as the individual defendants violated his constitutional rights by terminating his employment and by failing to provide him with certain information during the administrative process that preceded his termination. For example, Toms complains that he was not provided with a tape recording of the proceeding or a copy of the Hearing Officer's decision.

2. The defendants' response to the complaint is currently due on August 11, 2008.

---

[1] The Department of Justice only represents the Office of the Architect of the Capitol. However, undersigned counsel understands that the individual defendants who have been served with a copy of the Complaint have requested that the Department represent them as well in this matter.

3. The Office of the Architect of the Capitol and its counsel have been working diligently to assess the allegations made in Plaintiff's lengthy complaint and to respond to those allegations. In addition, undersigned counsel understands that the Department of Justice is currently processing the request made from the individual defendants for it to represent them in this matter.

4. Plaintiff will not be prejudiced by this modest extension, and consents to it.

5. This is Defendant's first request for an extension.

A proposed order is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

August 5, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE ARCHITECT OF THE )<br>CAPITOL, et al., )<br>)<br>Defendants. )<br>) | Civ. A. No. 08-0338 (RBW) |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendants to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants who have been served with a copy of the Complaint shall respond to the Complaint by September 2, 2008.

SO ORDERED.

Date: _____          _____
                                                          United States District Judge